UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MORRIS, JR.<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 22-cv-04788-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On August 19, 2022, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to *Morris v. Kijakazi*, 20-cv-03481-JSC.

**IT IS SO ORDERED.**

Dated: August 24, 2022

_____
Donna M. Ryu
United States Magistrate Judge